# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BERNARD L. BEAUREGARD,<br>DONALD L. PELTIER and<br>LINDA A. PELTIER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendant. | C.A. No. 08-023-ML |

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Ameriquest Mortgage Company ("Ameriquest") respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to Plaintiffs' Complaint ("Complaint") up through and including March 22, 2008. As grounds for the motion, Ameriquest states:

1. Ameriquest's response to the Complaint is currently due on February 6, 2008.

2. Plaintiffs' counsel agreed to extend the time by which Ameriquest was to answer or otherwise respond to the Complaint.

3. This action has been designated as a "tag-along" action and is thus subject to a conditional transfer order ("CTO-1") to the U.S. District Court for the Northern District of Illinois (Hon. Marvin E. Aspen) in the MDL proceeding styled as In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, MDL-1715. The action is not yet the subject of a final transfer order.

4. To permit it sufficient time to answer or otherwise respond to the Complaint, Ameriquest seeks to extend the period in which it may do so up to and including March 22, 2008.

5. Plaintiffs' counsel has assented to this motion.

WHEREFORE, Defendant Ameriquest Mortgage Company, respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to the Complaint up through and including March 22, 2008.

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: February 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2008, I electronically filed the ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

965563_1/7511-13