**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BERNARD L. BEAUREGARD, DONALD L. PELTIER and LINDA A. PELTIER** | | |
| **Plaintiffs,** | : | |
| | : | **C.A. NO. 08-023-ML** |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE COMPANY** | : | |
| | : | |
| **Defendant** | : | |

## PLAINTIFFS' ANSWER TO THE DEFENDANT'S AMERIQUEST MORTGAGE COMPANY COUNTERCLAIM

Plaintiffs Bernard L. Beauregard and Donald L. and Linda A. Peltier ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Counterclaim filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and state:

1. Plaintiffs admit the allegations set forth in paragraphs 1, 2, 3 and 4 of the Defendant's Counterclaim.

2. Plaintiffs deny the allegations set forth in paragraph 5 of the Defendant's Counterclaim.

## COUNT I - DECLARATORY JUDGMENT PURSUANT TO DECLARATORY JUDGMENT ACT, 28 U.S.C. § 2201

3. The allegations in paragraph 6 repeats and re-alleges the above previously stated

allegations to which no response is required. To the extent a response is required, Plaintiffs reasert their previous responses to those allegations as set out above.

4. Plaintiffs admit the allegations set forth in paragraphs 7 and 8 of the Defendant's Counterclaim.

5. Plaintiffs deny the allegations set forth in paragraph 9 of the Defendant's Counterclaim.

6. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required, Plaintiffs pray that the Defendant's Counterclaim requesting a declaratory relief be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that Plaintiffs be awarded their costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

**WHEREFORE**, Plaintiffs pray that the Court dismiss the Defendant's Counterclaim requesting a declaratory relief.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
chris@lefebvrelaw.com

# CERTIFICATION

I hereby certify that on April 7, 2008 I electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island the Plaintiffs' Answer to the Defendant's Ameriquest Mortgage Company Counterclaim using the CM/ECF System. The following participants have received notice electronically: Steven E. Snow of Partridge, Snow & Hahn, LLP

/s/Christopher M. Lefebvre